**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAGNACHARGE LLC,<br><br>    Plaintiff,<br><br> v.<br><br>ANKER INNOVATIONS LIMITED;<br>ANKER TECHNOLOGY<br>CORPORATION; ANKER USA, INC.;<br>ANKER NORTH AMERICA, LLC; and<br>FANTASIA TRADING LLC,<br><br>    Defendants. | Civil Action No. 1:18-cv-01601-MN |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Magnacharge LLC hereby dismisses this action with prejudice. According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants have not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Defendants with prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 10, 2019

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
Timothy Devlin (No. 4241)
James M. Lennon (No. 4570)
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Telephone: (302) 449-9010
tdevlin@devlinlawfirm.com
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*